

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00028-CV

**IN RE** Luis Ricardo **CHAPA**

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
Lori Massey Brissette, Justice
Adrian A. Spears II, Justice

Delivered and Filed: January 28, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY STAY DENIED AS MOOT

Relator, Luis Ricardo Chapa, filed his petition for writ of mandamus and emergency motion for temporary stay on January 12, 2026. Having reviewed the petition, motion, and accompanying record, this court has determined that relator has not established that he is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief is **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. DC-22-154, styled *Lauro H. Chapa, Sr. and Pintamor, LTD v. Luis Ricardo Chapa*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Baldemar Garza presiding.